# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR298 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SCOTT WELLENSIEK, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR82 |
| Plaintiff, | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| SCOTT WELLENSIEK, | ) | |
| Defendant. | ) | |

It has come to the Court's attention that the Defendant in Case No. 8:16CR298 and Case No. 8:13CR82 is the same individual. After a review of the matter the court finds that, pursuant to NEGenR 1.4(a)(4)(C)(i), the above cases should be assigned to the same District Judge.

IT IS ORDERED that:

1. The Clerk of the court is directed to indicate on the docket sheets that above cases are related; and

2. Case No. 8:13CR82 is reassigned to the undersigned and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 2nd day of November, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge